UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BARR, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUBURN MUNICIPAL COURT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. C12-657-RSM-JPD <br><br> REPORT AND RECOMMENDATION |

On April 17, 2012, plaintiff Nathen Dwayne Barr, Jr. submitted to this Court for filing a proposed civil rights complaint together with an application to proceed *in forma pauperis* ("IFP application"). (*See* Dkt. No. 1.) On the following day, April 18, 2012, the Clerk sent plaintiff a letter advising him that his IFP application was deficient because he failed to submit a certified copy of his prison trust account statement with the application. (Dkt. No. 3.) Plaintiff was advised that he would have to submit his prison trust account statement on or before May 18, 2012, and that his failure to do so could result in dismissal of this case. (*Id*.)

The letter was mailed to plaintiff at the facility where he was then confined, SCORE in Des Moines, Washington. (*See id*.) However, that letter was returned to the Court on April

REPORT AND RECOMMENDATION
PAGE -1

24, 2012, with a notation indicating that plaintiff was not at the SCORE facility. (Dkt. No. 6.) On April 30, 2012, plaintiff submitted a notice of change of address and the Clerk immediately re-mailed the IFP deficiency letter to plaintiff at his new address. (*See* Dkt. No. 7.) To date, plaintiff has made no effort to correct his IFP deficiency.

As plaintiff has had ample time to correct the deficiency in his IFP application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 14th day of June, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge